17603.   CAMPBELL *v.* MAYOR AND ALDERMEN OF SAVANNAH.

BROYLES, C. J. The accused was convicted in the recorder's court of Savannah of two offenses, to wit, disorderly conduct consisting of fighting upon a public highway, and disorderly conduct consisting of cursing in the women's quarters of the police station. She was convicted of both offenses, and separate fines were imposed. She obtained a writ of certiorari, and upon the hearing thereof the certiorari was overruled, and to this judgment she excepted. After a careful review of the record we find no evidence authorizing a conviction upon the first charge, to wit, of fighting upon a public highway. Her conviction of the other offense was authorized.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Certiorari; from Chatham superior court—Judge Meldrim. July 6, 1926.

*Robert L. Colding,* for plaintiff in error.
*John J. Bouhan,* contra.

Criminal Law, 17 C. J. p. 255, n. 53.